IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>    Defendants. | No. C 14-03310 HRL (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against medical officials at the Pleasant Valley State Prison in Coalinga, California. Plaintiff claims that Defendants provided inadequate medical care. Because the acts complained of occurred in Fresno County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

    **IT IS SO ORDERED.**

DATED: 11/25/14

                                                HOWARD R. LLOYD<br>                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VINCE WILLIAMS,

        Plaintiff,

v.

CDCR, et al.,

        Defendants.
_____/

Case Number: CV14-03310 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __11/26/2014__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vince Williams F-23355
California Medical Facility - Vacaville
P.O. Box 2000
Vacaville, CA 95696

Dated: __11/26/2014__          P Cromwell deputy
                                                     Richard W. Wieking, Clerk