UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CDCR DEPARTMENT CORRECTIONS AND REHABILITATIONS, et al.,<br><br>    Defendants. | No. 1:14-cv-01912-LJO-JLT (PC)<br><br>**ORDERADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING ACTION WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER, TO PROSECUTE, AND TO STATE A CLAIM**<br><br>(Docs. 28, 29)<br><br>**STRIKE PER 425 U.S.C. § 1915(g)** |

Plaintiff, Vince Williams, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 22, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 12, 2016, the Magistrate Judge issued a findings and recommendation that this action be dismissed with prejudice because of Plaintiff's failure both to obey a court order and to prosecute this action and that Plaintiff be given a strike under 42 U.S.C. § 1915(g) since he failed to state a cognizable claim. (Doc. 29.) The findings and recommendations issued that same date and gave plaintiff thirty days to file objections. (*Id.*) Plaintiff did not file any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

/ / /

/ /

1

Accordingly:

1. the Findings and Recommendations, issued on January 12, 2016 (Doc. 29), is adopted in full;
2. this action is dismissed with prejudice for Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute this action;
3. dismissal of this action counts as a strike pursuant to 28 U.S.C. § 1915(g); and
4. the Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **March 1, 2016**                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE